Same case below, 413 Fed. Appx. 989.

**No. 10-11189. Dwight E. Moss, Petitioner v. United States.**

565 U.S. 872, 132 S. Ct. 226, 181 L. Ed. 2d 126, 2011 U.S. LEXIS 7016, ▮

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-11190. William Frazier, Petitioner v. United States.**

565 U.S. 872, 132 S. Ct. 226, 181 L. Ed. 2d 126, 2011 U.S. LEXIS 6642.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 419 Fed. Appx. 266.

**No. 10-11191. Richard Hamilton, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections, et al.**

565 U.S. 872, 132 S. Ct. 226, 181 L. Ed. 2d 126, 2011 U.S. LEXIS 6614, ▮

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 410 Fed. Appx. 216.

**No. 10-11192. Arlene Dugmore, Petitioner v. Mary Lattimore, Warden.**

565 U.S. 872, 132 S. Ct. 227, 181 L. Ed. 2d 126, 2011 U.S. LEXIS 6674.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-11197. Joyce Simmons, Petitioner v. United States.**

565 U.S. 872, 132 S. Ct. 227, 181 L. Ed. 2d 126, 2011 U.S. LEXIS 6949.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 420 Fed. Appx. 414.

**No. 10-11198. John B. Felder, Petitioner v. Mark Sevier, Superintendent, Miami Correctional Facility.**

565 U.S. 872, 132 S. Ct. 227, 181 L. Ed. 2d 126, 2011 U.S. LEXIS 6667.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-11199. Milton Henry, Petitioner v. Rick Jacobs, Warden.**

565 U.S. 872, 132 S. Ct. 227, 181 L. Ed. 2d 126, 2011 U.S. LEXIS 6672.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.